[No. 11308–9–I.   Division One.   May 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES PRESCOTT COOK, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–1–00272–7, Daniel T. Kershner, J., entered January 22, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Williams and Ringold, JJ.

[No. 10228–1–I.   Division One.   May 25, 1983.]

*In the Matter of the Marriage of* ROBERT HOUSER, *Appellant, and* DOROTHY HOUSER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–3–00117–3, John E. Rutter, Jr., J., entered April 8, 1981. *Affirmed as modified* by unpublished opinion per Ringold, J., concurred in by Williams and Scholfield, JJ.

[No. 11547–2–I.   Division One.   May 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT L. TRANBERG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–8–00304–4, Jim Bates, J., entered March 29, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Ringold, J.